| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE: § 
§ MISCELLANEOUS H-06-41
LTD FINANCIAL SERVICES I, INC. §

## Order for Joint Administration

By consent of the judges, all cases in the Southern District are to be jointly managed under Miscellaneous H-06-41 by Lynn N. Hughes. Use only this style and number.

- The trial setting for the Constance Williams case is vacated;
- Referral orders to magistrate judges are vacated; and
- Discovery orders issued before today are vacated.

Signed January 27, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge